IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

THE BANK OF NEW YORK MELLON TRUST
COMPANY, NATIONAL ASSOCIATION, f/k/a
THE BANK OF NEW YORK TRUST
COMPANY, NATIONAL ASSOCIATION, AS
TRUSTEE FOR MORGAN STANLEY CAPITAL
I INC., COMMERCIAL MORTGAGE PASS-
THROUGH CERTIFICATES, SERIES 2007-
IQ14,

                     Plaintiff,

   v.

MICHAEL A. BRUSCA,

                     Defendant.

ORDER

12-cv-377-bbc

---

The preliminary pretrial conference order entered in this case on June 27, 2012 is hereby AMENDED to reflect a discovery cutoff date of August 31, 2012, rather than August 31, 2013.

In all other respects the order remains as entered.

Entered this 6th day of July, 2012.

                                      BY THE COURT:

                                      /s/

                                      STEPHEN L. CROCKER
                                      Magistrate Judge