IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

THE BANK OF NEW YORK MELLON
TRUST COMPANY, NATIONAL ASSOCIATION,
f/k/a The Bank of New York Trust Company,
National Association, as trustee for Morgan Stanley
Capital I Inc., Commercial Mortgage Pass-Through
Certificates, Series 2007-IQ14,

      Plaintiff,

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-377-bbc

v.

MICHAEL A. BRUSCA,

      Defendant.

---

  This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

  IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Bank of New York Mellon Trust Company and against defendant Michael A. Brusca granting plaintiff's motion for summary judgment and awarding plaintiff $9,770,595.27.


By: *[signature]* Deputy Clerk
 Peter Oppeneer, Clerk of Court

1-2-13
Date